1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT
JAN 16 2009
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

8       UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,   )   Case No.: ED09-13-M
11              Plaintiff,       )
12                               )
    v.                           )   ORDER OF DETENTION
13  Domylo Marquise Thomas,      )
14                               )
                Defendant.       )
15  _____)

16   On motion by the government for pre-trial detention, the Court finds that no
17  condition or combination of conditions will reasonably assure the appearance of
18  defendant as required ~~(or the safety of any person or the community)~~.
19   The Court has considered the nature and circumstances of the offense(s); the
20  weight of evidence against the defendant; the history and characteristics of the
21  defendant; and the nature and seriousness of the danger to any person or the
22  community as set forth in 18 USC § 3142(g).
23   The Court bases the foregoing findings on the defendant's non-objection to pre-
24  trial detention and the Pretrial Services Report/Recommendation. ~~(The defendant also
25  has not rebutted the presumption provided by statute).~~
26   IT IS THEREFORE ORDERED that defendant be detained without prejudice prior
27  to trial/~~revocation hearing~~.
28

ORDER OF DETENTION

Page 1 of 2

1   IT IS FURTHER ORDERED that defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that defendant be afforded reasonable opportunity for private consultation with counsel; and that, on order of a Court of the United States or on request of any attorney for the government, the person in charge of the corrections facility in which defendant is confined deliver defendant to a United States Marshal for the purpose of any appearance in connection with a Court proceeding. This order is made without prejudice to reconsideration.

Dated: 1/6/09

HONORABLE OSWALD PARADA
United States Magistrate Judge